UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

Leah Lynette Wilburn
Debtor

Chapter 13

Case No.  16-13981-BFK

ORDER CONFIRMING MODIFIED PLAN

    The Modified Chapter 13 Plan filed by Leah Lynette Wilburn on March 2, 2017, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

**Order Confirming Modified Plan**
Leah Lynette Wilburn
**Case #16-13981-BFK**

  (3) On December 22, 2016, and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN 38101-1553 the sum of $189.87 per month for 24 months and then $589.87 per month for the remaining 36 months of the Plan in order to pay all creditors back at 100% of all allowed claims. Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.

  (4) The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income. Failure to timely comply with this provision shall be grounds for dismissal.

  (5) Any lien avoidance actions(s) contemplated by Section 7(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty(60) days from the date of the entry of this Order.

Dated: Apr 5 2017

/s/ Brian F. Kenney
_____
Brian F. Kenney
United States Bankruptcy Judge

eod 4/6/2017

Confirmation Recommended.


_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Order Confirming Modified Plan**
Leah Lynette Wilburn
**Case #16-13981-BFK**

**PARTIES TO RECEIVE COPIES**

Leah Lynette Wilburn
Chapter 13 Debtor
2857 Gloucester Court
Woodbridge, VA 22191

Michael J.O. Sandler
Attorney for Debtor
12801 Darby Brook Court, Suite 201
Woodbridge, VA 22192

Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314